IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS<br>TRI-STATE WELFARE PLAN, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 17 cv 7553 |
| | ) | |
| | ) | Judge Lefkow |
| v. | ) | |
| | ) | |
| HAMPTON IRONWORKS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## Judgment Order

WHEREAS, the Plaintiffs filed their Complaint on October 19, 2017 and the Defendant was served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, HAMPTON IRONWORKS INC., in the sum of **$23,886.90** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (04/17) | $18,576.28 |
| b) | Liquidated Damages (05/17 - 01/18) | $2,229.12 |
| c) | Attorney Fees and Costs | $3,081.50 |
| | TOTAL | $23,886.90 |

ENTERED:

JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT JUDGE

DATED: JAN 17 2018